USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION,

THIS DOCUMENT RELATES TO ALL CASES INCLUDING RELATED CASES

03 MDL 1529 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

WHEREAS these cases were recently transferred to the undersigned, it is hereby ORDERED that unless notified otherwise by the Court, any Scheduling Order or Case Management Plan remains in effect notwithstanding the transfer, **except that any currently scheduled conferences or oral arguments with the Court are adjourned until further notification**.

IT IS FURTHER ORDERED that plaintiffs in all open cases in, or related to, the above multidistrict litigation are to submit **a single letter**, not to exceed ten (10) pages, updating the Court on the status of the case no later than **December 7, 2012**. This single letter shall be on behalf of all plaintiffs. Defendants in all open cases in, or related to, the above multidistrict litigation are to submit a similar letter **by the same date**. The parties are directed to the Court's applicable Individual Rules and Practices (available at http://nysd.uscourts.gov/judge/Furman) regarding the submission of letters. The status letters should include the following:

1. Names of counsel and current contact information, if different from the docket;
2. A statement of all existing deadlines, due dates, and/or cut-off dates;
3. A statement of any previously scheduled conference dates with the Court that have not yet occurred and the matters that were to be discussed;
4. A brief description of any pending motions, indicating, as to each motion, the docket number of the case and the docket entry number(s) of the motion(s), if any, adding an asterisk if the case is the subject of settlement discussions which, if successful, would render the motion moot;
5. A statement of whether there are any pending appeals;
6. A statement describing the status of any settlement discussions;

7. An estimate of the length of trial;

8. A statement of whether a conference before the Court is warranted and, if so, for what purpose and with which parties; and

9. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

If any party believes that a separate letter regarding the status of its individual action is warranted, it shall submit, no later than **November 26, 2012**, a letter to the Court requesting leave to file a separate status letter.[1]

SO ORDERED.

Dated: November 9, 2012
New York, New York

JESSE M. FURMAN
United States District Judge

[1] This order is filed on ECF only, in view of the number of parties affected.